# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                        CASE NO. 3:05cr124LAC

JASON PATRICK MCDANIEL

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   December 12, 2005

Motion/Pleadings: AMENDED NOTICE OF STIPULATION FOR SUBSTITUTION OF COUNSEL   (ATTY RICHBOURG BE SUBSTITUTED FOR ATTY STEVENSON)

Filed by DEFT ATTYS   on 12/12/05   Doc.# 30

RESPONSES:

_____ on _____ Doc.# _____

_____ on _____ Doc.# _____

_____ Stipulated   _____ Joint Pldg.
_____ Unopposed   _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)   Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 13th day of December, 2005, that:*

*(a) The relief requested is **GRANTED**.*

*(b)* _____

                                                     *s/L.A. Collier*
                                                     ***LACEY A. COLLIER***
                                    *Senior United States District Judge*

Entered On Docket: _____ By: __

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to:_____

Document No.